**Order entered September 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00977-CV

### IN RE JANECIA WATT, Relator

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-00707**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's second amended petition for writ of mandamus, petition for writ of habeas corpus, and request for emergency relief.

We **STRIKE** relator's August 27, 2019 amended petition for writ of mandamus, petition for writ of habeas corpus, and request for emergency relief and relator's August 29, 2019 second amended petition for writ of mandamus, petition for writ of habeas corpus, and request for emergency relief. *See* TEX. R. APP. P. 9.8(b).

/s/    LANA MYERS
       JUSTICE